**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
856-795-2181
*Attorneys for Plaintiff(s)*
By:   Mark E. Belland, Esquire
       Jeffrey R. Caccese, Esquire

| | |
|---|---|
| **UFCW LOCAL 152 RETAIL MEAT PENSION FUND,** | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| *Plaintiff(s),* | Civil Action No. 08-2731(JBS) |
| v. | |
| **ROEBLING FOOD EXPRESS, INC.** | |
| *Defendants* | **ORDER** |

This matter having come before the Court on plaintiffs' request to Vacate Dismissal without Prejudice and re-open the above-captioned matter, it is on this 11th day of December, 2009.

ORDERED and ADJUDGED that the above-captioned matter is re-opened.

_____
JEROME B. SIMANDLE, U. S. D. C. J.